# United States Bankruptcy Court
## Northern District of Ohio

In re: Richard M. McCormick, Debtor(s)

Case No. _____
Chapter 13

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: September 7, 2017

/s/ Richard M. McCormick
Richard M. McCormick
Signature of Debtor