Cincinnati Precision Machinery, Inc
9083 Sutton Place
Hamilton, OH 45011


Dinsmore & Shohl LLP
191 W. Nationwide Blvd, Ste 300
Columbus, OH 43215


FMI Enterprises LLC
3637 Lacon Road
Hilliard, OH 43026


John McCormick
1864 Timarron Way
Naples, FL 34109-3318


Montgomery, Rennie & Johnson
Linda Woeber
36 E. Seventh Street, Suite 210
Cincinnati, OH 45202


Randolph F. Sleeper
637 Overbrook Drive
Columbus, OH 43214


Richard McCormick Enterprises
c/o John McCormick
1864 Timarron Way
Naples, FL 34109-3318