```
                            United States Bankruptcy Court
                              Northern District of Ohio
In re:                                                              Case No. 17-32884-jpg
Richard M. McCormick                                                Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0647-3          User: mknei              Page 1 of 1              Date Rcvd: Sep 13, 2017
                              Form ID: pdf701          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2017.
db             +Richard M. McCormick,    1603 Madison Place,    Wapakoneta, OH 45895-9485

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2017 22:04:26
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                            Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2017 at the address(es) listed below:
              Elizabeth A. Vaughan    13ECFNotices@chapter13toledo.com, toledo13@ecf.epiqsystems.com
              Quentin M. Derryberry, II   on behalf of Debtor Richard M. McCormick qlaw@ureach.com,
               qdlawfirm@gmail.com
                                                                                             TOTAL: 2

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

Dated: September 13 2017

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In Re ) | | Case No. 17-32884 |
| ) | | |
| Richard M. McCormick ) | | Chapter 13 |
| ) | | |
| Debtor(s) ) | | **JUDGE JOHN P. GUSTAFSON** |
| ) | | |

## ORDER TO SHOW CAUSE

The Debtor(s) having filed a Voluntary Petition on September 8, 2017, but having failed to **upload Creditors in this case** and separately file a **Matrix listing all of the Creditors in the case** as required by 11 U.S.C. Section 521(a)(1)(A) and Bankruptcy Rule 1007(a)(1), it is [1]

**ORDERED THAT THE DEBTOR(S) SHOW CAUSE** as to why the above named Chapter 7 case should not be **dismissed** for want of prosecution, by filing the appropriate document(s) or by filing a response to this show cause order.

It is **FURTHER ORDERED** that the creditors are to be uploaded into the ECF database and separately file a Matrix listing all of the Creditors in the case, or a response must be **RECEIVED BY AND FILED WITH** the Office of the Clerk, United States Bankruptcy Court, 411 U.S. Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio, 43624-1347, **NO LATER THAN FRIDAY, SEPTEMBER 15, 2017 BY 4:00 P.M., OR THE CASE SHALL BE DISMISSED WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] This is a critical deficiency. Notice of commencement of the case cannot be given until this is done.