# AGENDA FOR CHAPTER 13 CREDITORS MEETING

CASE NO. 17-32884 G  
DEBTOR: RICHARD M. MCCORMICK  
ATTORNEY FOR DEBTOR(S): QUENTIN M. DERRYBERRY, II  

DATE: November 30, 2017  
Judge John P. Gustafson  
TRUSTEE: Elizabeth A. Vaughan  

**Trustee/Staff Attorney:**
What is your name? ✓      Is your residence and/or mailing address correct? ✓
Is this your primary residence? ☑ Yes ☐ No ____
Verifications: SSN: ✓      Signature(s): ✓
Have you had any previous bankruptcy fillings? Yes ___ / No ✓
Did you review and sign your Ch 13 Bankruptcy Petition prior to it being filed? yes
Is the information contained therein true to the best of your knowledge? yes
Does any information contained in the Petition need to be changed/corrected/added/deleted? ___
Do you understand that all the testimony you give here today is under penalty of perjury? yes

1. Do you understand you have filed a Ch. 13 Re-payment Plan and not a Ch. 7 liquidation? **Yes** / No

2. Should anything change about your mailing address, please let us know.

3. Marital Status at time of filing: Single ___ Married ✓ Divorced ___ Widowed ___
   Do you have any minors or dependents in your household? ☐ Yes ☐ No
   How many? ___      What are their ages? ___
   How many people are in your household: 2

   Are you paying/receiving any spousal or child support? How much? ___
   Is the DSO information listed in the petition ☐ Yes ☐ No

4. Are you in good health? **(H)** ☐ Yes / ☐ No  fair    **(W)** ☐ Yes / ☐ No

5. **EMPLOYMENT:**
   (1) Are you presently employed? Yes / **No**  By: ___
       How long? ___
   Payroll Deductions: 401(K): ___ 403(B): ___ Deferred Comp: ___ Stock Purchase: ___
   Paying: Retirement Loans? Monthly payment(s) ___ /Time remaining ___

   Net pay? ___ wkly / bi-wkly / s/m / monthly.    Do not notify employer ___
   **Monthly Supplemental or Retirement Income:**
   Social Security 2716 /Pension ___ /Disability ___ /Other ___
   Contribution from family members: ___ others ___ Rental Income: ___

   (2) Are you presently employed? Yes / No  By: ___
       How long? ___
   Payroll Deductions: 401(K): ___ 403(B): ___ Deferred Comp: ___ Stock Purchase: ___
   Paying: Retirement Loans? Monthly payment(s) ___ /Time remaining ___

   Net pay? ___ wkly / bi-wkly / s/m / monthly    Do not notify employer ___
   **Monthly Supplemental or Retirement Income:**
   Social Security ___ /Pension ___ /Disability ___ /Other ___
   Contribution from family members: ___ others ___ Rental Income: ___

6. **Payroll Deduction / Pay Direct:** Husband/Wife/Both: Payroll address: ___

7. **Payments** to date: (Yes)/ No _3 - $100.00_

8. Have you filed all required tax returns with the appropriate taxing authorities for the last four years? Yes / No
   Have you received tax refunds for the last 2 years? Yes / No

2015 – IRS _____ /State _____ 2016 - IRS __4735.00__ /State __—0—__

9. Have you provided us with a copy of your federal tax return for the most recent tax year? Yes / No
_____

**CONFIRMATION HEARING:** _1-17-18 @ 9:30_

**CASE CONTINUED TO:**_____

**CASE TO BE CONTINUED FOR CONFIRMATION ONLY.**_____

**TRUSTEE WILL FILE/HAS FILED A MOTION TO DISMISS.**_____

**ATTORNEY FOR DEBTOR(S) WILL FILE:** ☐ Motion to Voluntarily Dismiss ☐ Motion to convert

**DOCUMENTS NEEDED:**

☐ Notice of continued 341 and confirmation hearings.

☐ Motion to continue confirmation hearing ☐ past the bar date ☐ past the government bar date

☐ Amended Plan ☑ Amended Schedules _I+J_

☐ Amended Statement of Financial Affairs_____ ☐ Amended Means Form 122C-1 / 122C-2

☐ Amended petition page to correct/disclose_____

☐ Proof of insurance on real estate/car ☐ Pay off date(s) for 401k loan(s) ☐ DSO information

☐ Documentation_____

☐ _____ **By:** _12-14-17_

_____

**CREDITORS IN ATTENDANCE:**_____

# McCormick - 17-32884 G

Secured - n/a                     $

Priority - n/a

Unsecured - base plan - $3600.00

Atty fees

                                        $

Trustee fees:
TOTAL                             $
Less payments:                         300.00-
                                        $

PROPOSED:    $100.00 per mon x 33 = $3300.00

Priority – $
Secured - $
Unsecured - $

Tax refunds:
14 – $
15 - $
16 - $4735.00/-0-
Bar dates: 2/28/18 and 3/7/18              Entitled to discharge: **Y** / N