# PROCEEDING MEMO
# HONORABLE JOHN P. GUSTAFSON

In Re:
Richard M. McCormick

Debtor(s)

Case No. 17-32884-jpg
Chapter 13

***NATURE OF PROCEEDING:***

☐ **CONTESTED** ☐ **UNCONTESTED** HEARING ON CONFIRMATION OF CHAPTER 13 PLAN

***APPEARANCES:***

☐ Debtor(s)Elliott Feit
☐ Atty for Debtor(s): Elliott Feit
☐ Atty for Creditor:
☐ Trustee: Elizabeth A. Vaughan

☐ Atty for
☐ Atty for
☐ Atty for
☐ Atty for

---

☐ CONFIRMATION HEARING HELD
☐ EVIDENCE SUBMITTED
☑ CONFIRMATION HEARING NOT HELD

☐ CONTINUED TO ____________________

☐ PLAN CONFIRMED **AS PROPOSED**

☐ PLAN CONFIRMED **SUBJECT TO STIPULATION**
****SEE COMMENTS OF COURT**

☐ PLAN CONFIRMED **AS MODIFIED**

☐ R/E ORDER

☐ **Payroll Deduction:** ☐ H/W ☐ Direct to Trustee

☐ Motion to Dismiss F/C _____ Days

**TO BE RECEIVED AND FILED WITH THE CLERK'S OFFICE NO LATER THAN 4:00 P.M. ON:**

____________________

☐ Amended Plan
☐ Amended Budget
☐ Add Creditor
☐ Add Property
☐ Proof of Insurance to Court and Trustee
☐ Legal Description

☐ Motion and Order To Extend Plan to _______ Months

☐ This Court to Retain Jurisdiction Over W/C Claim / PI Claim / Probate Estate / ____________________

☐ Not Dispose of Property or Inventory Outside the Ordinary Course of Business Without Prior Approval of the Court and Trustee

☐ Other ____________________

COMMENTS OF COURT:
MOTION TO CONTINUE F/C 7 DAYS

---

**HEARING DATE:** Weds/., 1/17/2018

FOR COURT USE ONLY:

☐ Order Uploaded ☐ Need Order ☐ Return for Action