# United States Bankruptcy Court
## Northern District of Ohio
### WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 17-32884 |
| | ) | |
| **Richard M. McCormick** | ) | Chapter 13 |
| | ) | |
| Debtor | ) | JUDGE JOHN P. GUSTAFSON |

## MOTION TO CONTINUE CONFIRMATION HEARING

Now cones Richard M. McCormick, (hereinafter "Debtor"), by and through his undersigned Attorney, and respectfully moves this court to continue the Confirmation Hearing in this case which was originally scheduled for January 7, 2018 to a subsequent time consistent with the reasons setforth below.

Debtor states that his wife, Jacqueline M. McCormick, is a debtor in a separate Chapter 13 case that was filed in this court on August 9, 2017, 2017 and is assigned case number 17-32536-jpg. The two cases have several issues of commonality. The Confirmation Hearing in the that case was originally assigned for November 21, 2017 and was subsequently reassigned to February 22, 2018 for cause pertaining to the above referenced issues of commonality.

Both Chapter 13 cases also have issues in commonality with JMC Mechanical, Inc. (17-32318-maw), hereinafter "JMC", which is an active and pending case under Chapter 7 (A copy of the INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT - ASSET CASE filed 01/29/18 is attached hereto). The two chapter 13 cases and JMC , also have issues of commonality with each other

Debtor herein moves the court to continue his Confirmation Hearing suggest that it would be appropriate and productive to re-assign this case to coincide with the confirmation hearing in 17-32536 for the same reasons that it was reassigned to February 22, , 2018.

*[signature]*

Quentin M. Derryberry II (0024106)
Attorney for Richard M. McCormick
P.O. Box 2056
Wapakoneta, OH 45895
(419) 738-3217
qlaw@ureach.com

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 17-32318 | MAW | Judge: | Mary Ann Whipple | | Trustee Name: | WILLIAM L. SWOPE, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | JMC MECHANICAL, INC. | | | | | Date Filed (f) or Converted (c): | 07/23/2017 (f) |
| | | | | | | 341(a) Meeting Date: | 09/11/2017 |
| For Period Ending: | 12/31/2017 | | | | | Claims Bar Date: | 01/29/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. UTILITY DEPOSIT | 0.00 | 1.00 | | 0.00 | 100.00 |
| 2. ACCOUNTS RECEIVABLE | 1,264,847.06 | 1.00 | | 0.00 | 1,000.00 |
| 3. Fiber glass grating and misc structural metal parts on skid | 500.00 | 1.00 | | 0.00 | 100.00 |
| 4. Misc HVAC Supplies | 0.00 | 1.00 | | 0.00 | 10.00 |
| 5. Business facility leased to JMC by RME Enterprises | 0.00 | 1.00 | | 0.00 | 1,000.00 |
| 6. Office furniture generally built into building | 0.00 | 1.00 | | 0.00 | 100.00 |
| 7. Computer, server and software on which JMC records are kept | 0.00 | 1.00 | | 0.00 | 100.00 |
| 8. 2 axle utility trailers - 10' long, rear drop ramps | 750.00 | 1.00 | | 0.00 | 300.00 |
| 9. Semi trailer - unable to enter premises for make and model | 3,000.00 | 1.00 | | 0.00 | 1,000.00 |
| 10. Semi trailer - used by Dean Klosterman - has on job site - I | 3,000.00 | 1.00 | | 0.00 | 1,000.00 |
| 11. 2 axle utility trailers 10' long - rear drop ramps | 1,500.00 | 1.00 | | 0.00 | 250.00 |
| 12. Semi trailer - unable to enter premises for make and model | 3,000.00 | 1.00 | | 0.00 | 500.00 |
| 13. Semi trailer - presently located on loan/job site | 3,000.00 | 1.00 | | 0.00 | 500.00 |
| 14. homemade pods 22' x 8' for tool storage | 3,000.00 | 1.00 | | 0.00 | 200.00 |
| 15. 2 box storage containers | 1,600.00 | 1.00 | | 0.00 | 100.00 |
| 16. 2 custom built storage pods for raw materials | 3,000.00 | 1.00 | | 0.00 | 200.00 |
| 17. Bobcat | 25,000.00 | 1.00 | | 0.00 | 1,000.00 |
| 18. Miller Arc Welder | 2,150.00 | 1.00 | | 0.00 | 500.00 |
| 19. Lincoln Arc Welder | 2,800.00 | 1.00 | | 0.00 | 500.00 |
| 20. Other machinery, fixtures, and equipment | 0.00 | 1.00 | | 0.00 | 100.00 |
| TOTALS (Excluding Unknown Values) | $1,317,147.06 | $20.00 | | $0.00 | $8,560.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/23/2018 This case involves complex litigation pending in Auglaize County Common Pleas Court. Trustee has reviewed the Court files in that pending litigation. The Trustee has obtained and reviewed several hundred pages of pleadings from that case. The Trust is in process of evaluating possible assets and considering costs and expenses of litigation. Trustee is preparing pleadings to be filed in that State Court matter. wis

RE PROP # 1 -- TRUSTEE INVESTIGATING VALUE OF ASSET.
RE PROP # 2 -- TRUSTEE INVESTIGATING VALUE OF ASSET.
RE PROP # 3 -- TRUSTEE INVESTIGATING VALUE OF ASSET.
RE PROP # 4 -- TRUSTEE INVESTIGATING VALUE OF ASSET.
RE PROP # 5 -- TRUSTEE INVESTIGATING VALUE OF ASSET.
RE PROP # 6 -- TRUSTEE INVESTIGATING VALUE OF ASSET.
RE PROP # 7 -- TRUSTEE INVESTIGATING VALUE OF ASSET.
RE PROP # 8 -- TRUSTEE INVESTIGATING VALUE OF ASSET.
RE PROP # 9 -- TRUSTEE INVESTIGATING VALUE OF ASSET.
RE PROP # 10 -- TRUSTEE INVESTIGATING VALUE OF ASSET.
RE PROP # 11 -- TRUSTEE INVESTIGATING VALUE OF ASSET.
RE PROP # 12 -- TRUSTEE INVESTIGATING VALUE OF ASSET.
RE PROP # 13 -- TRUSTEE INVESTIGATING VALUE OF ASSET.
RE PROP # 14 -- TRUSTEE INVESTIGATING VALUE OF ASSET.
RE PROP # 15 -- TRUSTEE INVESTIGATING VALUE OF ASSET.
RE PROP # 16 -- TRUSTEE INVESTIGATING VALUE OF ASSET.
RE PROP # 17 -- TRUSTEE INVESTIGATING VALUE OF ASSET.
RE PROP # 18 -- TRUSTEE INVESTIGATING VALUE OF ASSET.
RE PROP # 19 -- TRUSTEE INVESTIGATING VALUE OF ASSET.
RE PROP # 20 -- TRUSTEE INVESTIGATING VALUE OF ASSET.

Initial Projected Date of Final Report (TFR): 10/19/2021     Current Projected Date of Final Report (TFR): 10/19/2021

Trustee Signature:   /s/ WILLIAM L. SWOPE, TRUSTEE     Date: 01/26/2018

WILLIAM L. SWOPE, TRUSTEE
610 TIFFIN AVE.
FINDLAY OH 45840
(419) 422-0288

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-32318
Case Name: JMC MECHANICAL, INC.

Trustee Name: WILLIAM L. SWOPE, TRUSTEE
Bank Name:
Account Number/CD#:

Taxpayer ID No:
For Period Ending: 12/31/2017

Blanket Bond (per case limit): $200,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Bank Accounts | | | | | |
| | | | COLUMN TOTALS | | $0.00 | $0.00 | |
| | | | Less: Bank Transfers/CD's | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to Debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

Page Subtotals: $0.00 $0.00

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | DISBURSEMENTS | NET ACCOUNT BALANCE |
|---|---|---|---|
| | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts: $0.00
Total Net Deposits: $0.00
Total Gross Receipts: $0.00

Trustee Signature: /s/ WILLIAM L. SWOPE, TRUSTEE     Date: 01/26/2018

WILLIAM L. SWOPE, TRUSTEE
610 TIFFIN AVE.
FINDLAY OH 45840
(419) 422-0288

Page Subtotals: $0.00     $0.00