# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### Western Division

In re: Richard M. McCormick ) Case No. 17-32884-jpg
)
) Chapter 13

## CERTIFICATE OF SERVICE

I certify that on **January 31, 2018**, a true and correct copy of the MOTION TO CONTINUE CONFIRMATION HEARING was served as follows:

Notice by first class mail was sent to the following persons/entities by regular U.S. mail, postage prepaid, by Debtor's counsel on January 31, 2018:

```
+Cincinnati Precision Machinery, Inc,   9083 Sutton Place,   Hamilton, Ohio 45011-9316
+Dinsmore & Shohl, LLP,   191 W Nationwide Blvd, Ste 300,   Columbus, OH 43215-2569
+FMI Enterprises LLC,   3637 Lacon Road,   Hilliard, OH 43026-1202
 John McCormick,   1864 Timarron Way,   Naples, FL 34109-3318
+Montgomery, Rennie & Johnson,   Linda Woeber,   36 E. Seventh Street, Ste 210,
   Cincinnati, OH 45202-4439
 Randolph F. Sleeper,   367 Overbrook Drive,   Columbus, OH 43214
 Richard McCormick Enterprises,   c/o John McCormick,   1864 Timarron Way,
   Naples, FL 34109-3318
```

And via email at the indicated address on:

Elizabeth A Vaughn, 13ECFNNotices@chaptertoledo.com, toledo13@ecf.epiqsystems.com on January 31, 2018.

*[signature]*

Quentin M. Derryberry II
Derryberry Law Firm
Post Office Box 2056
Wapakoneta, OH 45895-2056
(419) 738-3217
qlaw@ureach.com