```
                          United States Bankruptcy Court
                           Northern District of Ohio
In re:                                                              Case No. 17-32884-jpg
Richard M. McCormick                                                Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0647-3          User: sheym              Page 1 of 1              Date Rcvd: Aug 08, 2018
                              Form ID: pdf755          Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2018.
db             +Richard M. McCormick,    1603 Madison Place,    Wapakoneta, OH 45895-9485
25068479       +Cincinnati Precision Machinery, Inc,    9083 Sutton Place,    Hamilton, Ohio 45011-9316
25068480       +Dinsmore & Shohl, LLP,    191 W Nationwide Blvd, Ste 300,    Columbus, OH 43215-2569
25068481       +FMI Enterprises LLC,    3637 Lacon Road,    Hilliard, OH 43026-1202
25307480       +FMI Enterprises, LLC,    ATTN: Eric B Kjellander,    191 W Nationwide Blvd Suite 300,
                 Columbus, OH 43215-2569
25068482        John McCormick,    1864 Timarron Way,    Naples, FL 34109-3318
25068483       +Montgomery, Rennie & Johnson,    Linda Woeber,    36 E. Seventh Street, Ste 210,
                 Cincinnati, OH 45202-4439
25068484        Randolph F. Sleeper,    367 Overbrook Drive,    Columbus, OH 43214
25068485        Richard McCormick Enterprises,    c/o John McCormick,    1864 Timarron Way,
                 Naples, FL 34109-3318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
25059072       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2018 22:13:44
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                                       Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2018 at the address(es) listed below:
              Elizabeth A. Vaughan    13ECFNotices@chapter13toledo.com, toledo13@ecf.epiqsystems.com
              Quentin M. Derryberry, II    on behalf of Debtor Richard M. McCormick qlaw@ureach.com,
                qdlawfirm@gmail.com
                                                                                             TOTAL: 2
```

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



_John P. Gustafson_
United States Bankruptcy Judge

**Dated: August 8 2018**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 17-32884 |
| | ) | |
| Richard M. McCormick, | ) | Chapter 13 |
| | ) | |
| | ) | JUDGE JOHN P. GUSTAFSON |
| Debtor(s). | ) | |
| | ) | |

### ORDER CONTINUING CONFIRMATION HEARING

This case came before the court on August 7, 2018, for Further Hearing on Confirmation of Chapter 13 Plan. The Chapter 13 Trustee were present in the courtroom. There was no appearance by or on behalf of the Debtor.

For good cause shown,

**IT IS ORDERED** that a Further Hearing on Confirmation shall be continued to **September 6, 2018 at 9:30 a.m.;** and

**IT IS FURTHER ORDERED** that Debtor may appear by telephone **for this hearing only.**

###