Northern District Of Ohio  
United States Bankruptcy Court  
1716 Spielbusch Ave Room 411  
Toledo, OH 43604  
**Case No. 17−32884−jpg**

**In re:**
   Richard M. McCormick
   1603 Madison Place
   Wapakoneta, OH 45895

**Social Security No.:**
   xxx−xx−9837

### NOTICE OF OBJECTION TO CLAIM

of FMI Enterprise, LLC

Richard M. McCormick, debtor filed an objection to the captioned claim in this bankruptcy case.

The Claim may be reduced, modified, or eliminated. As a result of the objection, you should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the Court to grant the objection, or if you otherwise want the Court to consider your views on the objection, then on or before October 16, 2018 you or your attorney must:

**File with the court a written response at:**
United States Bankruptcy Court
1716 Spielbusch Ave Room 411
Toledo, OH 43604

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

**You must also mail a copy to:**

| **Trustee** | **Debtor's Attorney** |
|---|---|
| Elizabeth A. Vaughan | Quentin M. Derryberry II |
| Office of the Chapter 13 Trustee | PO Box 2056 |
| 316 N. Michigan Street #501 | 15 Willipie Street Suite 220 |
| Toledo, OH 43604 | Wapakoneta, OH 45895 |

**And attend the hearing scheduled to be held on:**
October 23, 2018   **at**  09:30 AM
US Courthouse, 1716 Spielbusch Ave, Courtroom #1, Rm 119, Toledo, OH 43604

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the objection. The hearing will not be held absent a written response being timely filed with the Court.

**Dated:** September 10, 2018                                                                     For the Court
Form ohnb265                                                                                       Teresa D. Underwood, Clerk