Northern District Of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave Room 411
Toledo, OH 43604

**Case No. 17−32884−jpg**

**In re:**
Richard M. McCormick
1603 Madison Place
Wapakoneta, OH 45895

**Social Security No.:**
xxx−xx−9837

# NOTICE OF HEARING ON MOTION TO DISMISS CASE

Elizabeth A. Vaughan, Trustee filed papers with the Court to dismiss this case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the motion requested, or if you want the Court to consider your views on the Motion, then on or before October 16, 2018 you or your attorney must:

**File with the court a written response at:**
United States Bankruptcy Court
1716 Spielbusch Ave Room 411
Toledo, OH 43604

**You must also mail a copy to the above named debtor(s) and:**

**Trustee**
Elizabeth A. Vaughan
Office of the Chapter 13 Trustee
316 N. Michigan Street #501
Toledo, OH 43604

**Debtor's Attorney**
Quentin M. Derryberry II
PO Box 2056
15 Willipie Street Suite 220
Wapakoneta, OH 45895

**Movant's Attorney**
Trustee

**And attend the hearing scheduled to be held on:**
Tuesday, October 23, 2018 at 9:30 a.m.
1716 Spielbusch Ave, Courtroom #1, RM 119
Toledo, Ohio 43604

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

**Dated:** September 10, 2018
Form ohnb244

For the Court
Teresa D. Underwood Clerk