```
United States Bankruptcy Court
   Northern District of Ohio
```

In re:                                                                    Case No. 17-32884-jpg
Richard M. McCormick                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-3          User: skrie          Page 1 of 1          Date Rcvd: Nov 15, 2018
                                  Form ID: pdf703          Total Noticed: 10

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2018.
db             +Richard M. McCormick,    1603 Madison Place,    Wapakoneta, OH 45895-9485
25068479       +Cincinnati Precision Machinery, Inc,    9083 Sutton Place,    Hamilton, Ohio 45011-9316
25068480       +Dinsmore & Shohl, LLP,    191 W Nationwide Blvd, Ste 300,    Columbus, OH 43215-2569
25068481       +FMI Enterprises LLC,    3637 Lacon Road,    Hilliard, OH 43026-1202
25307480       +FMI Enterprises, LLC,    ATTN: Eric B Kjellander,    191 W Nationwide Blvd Suite 300,
                 Columbus, OH 43215-2569
25068482        John McCormick,    1864 Timarron Way,    Naples, FL 34109-3318
25068483       +Montgomery, Rennie & Johnson,    Linda Woeber,    36 E. Seventh Street, Ste 210,
                 Cincinnati, OH 45202-4439
25068484        Randolph F. Sleeper,    367 Overbrook Drive,    Columbus, OH 43214
25068485        Richard McCormick Enterprises,    c/o John McCormick,    1864 Timarron Way,
                 Naples, FL 34109-3318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
25059072       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 23:39:44
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              Elizabeth A. Vaughan    13ECFNotices@chapter13toledo.com,    toledo13@ecf.epiqsystems.com
              Quentin M. Derryberry, II    on behalf of Debtor Richard M. McCormick qlaw@ureach.com,
                 qdlawfirm@gmail.com
                                                                                               TOTAL: 2
```

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



_____
John P. Gustafson
United States Bankruptcy Judge

**Dated: November 15 2018**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re  Richard M. McCormick         *       JUDGE JOHN P. GUSTAFSON
SSN: xxx-xx-9837
                                    *       Case No. 17-32884 G

                                    *

                                    *

**Debtor**

### ORDER CONFIRMING PLAN

The debtor's plan filed on September 28, 2017, as modified per Amended Plan filed July 2, 2018, and as further modified per Second Amended Plan filed July 9, 2018, having been transmitted to creditors, and it having been determined after hearing on notice that the plan complies with the provisions of Chapter 13, and with all applicable provisions of Title 11 and that each requirement of 11 U.S.C. Section 1325(a) has been met;

**IT IS THEREFORE ORDERED** that the plan be, and it hereby is, Confirmed; it is further,

**ORDERED that Richard M. McCormick remit monthly to**: **STANDING CHAPTER 13 TRUSTEE, P.O. Box 712284, Cincinnati, Ohio 45271-2284,** the sum of **$100.00** beginning immediately until he shall have paid to the Trustee the total monies required to consummate the plan; it is further,

**ORDERED** that all creditors are enjoined from proceeding against the wages or other property of the debtor(s) without prior permission from this Court; that debtor's employer is enjoined from honoring garnishments,

levies, executions or attachments of any kind whatsoever against the wages or other property of the debtor(s) during the pendency of this proceeding, the only exception being payroll deductions for court-ordered support and/or alimony payments; and the employer or debtor(s) shall further immediately notify the Trustee of any termination or suspension of the debtor's employment; it is further,

**ORDERED** that all creditors are enjoined from commencing or continuing any civil action, or attempting in any manner whatsoever to collect all or any part of a consumer debt proposed to be paid under this plan from any individual that is liable on such debt with the debtor(s) as endorser, guarantor or co-maker; it is further,

**ORDERED** that the Trustee disburse the monies paid in, by or for the debtor(s) under the plan in accordance with 11 U.S.C. Sections 1326 and 1325, and in the event of a dismissal of this case by the Court or by the debtor(s) pursuant to 11 U.S.C. Section 1307, all funds remaining in the hands of the Trustee at the time of dismissal shall be paid to the Chapter 13 creditors pursuant to the terms of this confirmed plan; it is further,

**ORDERED** that the Trustee may cease making payment(s) on any claim that is the subject of an Objection, until such time as the Objection is resolved by a final Order. During the pendency of the Objection, the Trustee shall take reasonable steps to insure that there are funds in the estate available to pay the claim if it is allowed as filed and is otherwise properly payable pursuant to the Confirmed Plan and the priorities set forth in the Bankruptcy Code; it is further,

**ORDERED** that debtor(s) shall maintain insurance coverage on all property, both real and personal, during the pendency of this plan; it is further,

**ORDERED** that during the pendency of this case, debtor(s) shall timely file all tax returns and pay any and all post-petition tax liabilities as required by law; it is further,

**ORDERED** that debtor(s) shall not incur additional debt exceeding $1000.00 in the aggregate without the consent of the Trustee; it is further,

**ORDERED** that debtor(s) shall inform the Trustee of any changes in circumstances or additional income received, and shall further comply with any requests of the Trustee with respect to additional financial information; it is further,

**ORDERED** that the Trustee shall disburse the monies paid in, by or for the Debtor(s) under the Plan in the following order of disbursement, as applicable, unless specifically indicated otherwise in the Plan, a Court Order, or a Stipulated Agreed Order between the Debtor(s) and a Creditor:

1st - Trustee's authorized percentage fee
2nd - Conduit mortgage payment(s)
3rd - Secured creditor(s) with fixed monthly payments
4th - All other secured claims, priority claims and Court-ordered attorney fees on a pro rata basis
5th - General unsecured claims on a pro rata basis

**ORDERED** that the administrative expenses of the Trustee shall be paid in full pursuant to 11 U.S.C. Sections 503(b), 507(a)(1)(C), 1326(b)(2) and 28 U.S.C. Section 586(e)(1)(B).